**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01143-CV

**KAIZER SHERIFF, Appellant**

**V.**

**SHEHNAZ MOOSA, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54072-2011**

## ORDER

Appellant's motion for leave to supplement appellant's brief is **DENIED**.


/s/     DAVID L. BRIDGES
           JUSTICE